THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: _____
(Rule Number/Section)

Case 2:05-mc-00100 Document 2 Filed 09/12/05 Page 1 of 4

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 1 2 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ E. DEPUTY

1  SCOTT J. FERRELL, Bar No. 202091
   LISA A. WEGNER, Bar No. 209917
2  CALL, JENSEN & FERRELL
3  A Professional Corporation
   610 Newport Center Drive, Suite 700
4  Newport Beach, CA 92660
   (949) 717-3000
5

6  Attorneys for Del Taco, Inc. dba Del Taco #115
   and Philippe Durand Gorry

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                                            MC 05-0100 PHX

11 | JAMES SANFORD,                | Case No. CIV S-04-2154 GEB PAN
12 |      Plaintiff,               |
13 |      vs.                      | **NOTICE OF DEPOSITION OF LINDA J. ADAMS**
14 |                               |
15 | DEL TACO, INC. dba DEL TACO #115; | Date: September 22, 2005
   | PHILIPPE DURAND GORRY; and DOES | Time: 10:00 a.m.
16 | 1 through 10,                 | Place: AA Nichols Reporting
   |                               |        2607 North Hayden Rd.
17 |      Defendant(s).            |        Scottsdale, AZ 85257
   |                               |        (800) 227-0577
18

19                                  Complaint Filed: October 14, 2004
                                    Trial Date:      None Set
20

21

22 **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

23       **PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of

24 Civil Procedure, Defendants Del Taco, Inc. dba Del Taco #115 by and through its

25 counsel of record, will take the deposition of Linda J. Adams on **September 22, 2005**,

26 commencing at **10:00 a.m.**, at AA Nichols Reporting, 2607 North Hayden Road,

27 Scottsdale, Arizona 85257. The deposition shall be taken stenographically and shall be

28 conducted under the supervision of an officer who is authorized to administer an oath.

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION    TAC01-14:165767_1:9-9-05                - 1 -
                              NOTICE OF DEPOSITION OF LINDA J. ADAMS

1     The deposition, if not completed on the noticed date, shall be continued, if
2 necessary, from day to day thereafter, excluding weekends and holidays, until
3 completed, unless counsel for the noticing party wishes the deposition to be completed
4 at a later date, in which case a mutually agreeable date shall be selected between
5 counsel for the parties.

7     **PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 30 (b) (2) of the
8 Federal Rules of Civil Procedure, Defendants intend to utilize a stenographic method of
9 recording which permits the "real time" instant visual display of testimony.

11     **PLEASE TAKE FURTHER NOTICE** that, in addition to recording the
12 deposition by the stenographic method, the deposition may also be taken by means of
13 videotape recording pursuant to Rule 30 (b) (2) of the Federal Rules of Civil Procedure.
14 Defendants reserve the right to use at the trial of this action the videotape recording of
15 the deposition of the deponent.

17 Dated: September 9, 2005

    CALL, JENSEN & FERRELL
    A Professional Corporation
    SCOTT J. FERRELL
    LISA A. WEGNER

    By: _____
        Lisa A. Wegner

    Attorneys for Del Taco, Inc. dba Del Taco #115, and Philippe Durand Gorry

Issued by the

# UNITED STATES DISTRICT COURT

_EASTERN_ DISTRICT OF _CALIFORNIA_

JAMES SANFORD

**SUBPOENA IN A CIVIL CASE**

v.

DEL TACO, INC. DBA DEL TACO #115;
PHILIPPE DURAND GORRY; AND DOES 1
THROUGH 10

Case Number:[1] CIV S-04-2154 GEB PAN

MC05-0100 PHX

TO: Linda J. Adams
7940 E. Camelback, #508
Scottsdale, AZ 85251, (480) 874-9766

[ ] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

[X] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| A A Nichols Reporting, 2607 North Hayden Road Scottsdale, AZ 95257, (800) 227-0577 | September 22, 2005 10:00 a.m. |

[ ] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  |  |

ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, parts C & D on reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO-88

AO 88 (Rev. 11/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| DATE | PLACE |
|---|---|
| | |

**SERVED**

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

**(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or the demanding party to contest the claim.

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) DUTIES IN RESPONDING TO SUBPOENA.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.